■ JOHN A. STEPHEN. Formerly Known as HANS AUGSTEIN et al.. Plaintiffs, and EDWIN B. WOLCHOK, Appellant, v. ZIVNOSTENSKA BANKA,

NATIONAL CORPORATION, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur—Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.